### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**JOHN BEVANS**                                                                                                          **PLAINTIFF**

V.                              CASE NO. 4:09CV0016 BSM

**CITY OF CONWAY; MAYOR TAB TOWNSELL,**
**Individually and In His Official Capacity as Mayor**
**of Conway; CITY COUNCIL MEMBERS ANDY**
**HAWKINS; DAVID GRIMES; MARK VAUGHT;**
**SHELLY MEHL; JACK BELL; MARY SMITH;**
**THEODORE JONES, JR.; SHELIA WHITMORE,**
**Individually and In Their Official Capacity as City**
**Council Members for CONWAY; THE CONWAY**
**POLICE DEPARTMENT; POLICE CHIEF**
**A.J. GARY, Individually and In His Official Capacity**
**as Police Chief of the Conway Police Department;**
**JASON CAMERON, Individually and In His**
**Official Capacity as a Conway Police Officer; and**
**JOHN DOES #1 and #2**                                                                                     **DEFENDANTS**

### ORDER

After careful review, plaintiff's motion for temporary restraining order is denied. The parties are hereby notified that the hearing on plaintiff's motion for preliminary injunction will be held Wednesday, January 28, 2009, at 1:30 p.m. in the Richard Sheppard Arnold U. S. Courthouse, 500 West Capitol, Little Rock, Arkansas, in Courtroom 2D before Judge Brian S. Miller.

IT IS SO ORDERED this 16th day of January 2009.

_____
UNITED STATES DISTRICT JUDGE