IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHN BEVANS                                                                                    PLAINTIFF

V.                              CASE NO. 4:09CV0016 BSM

CITY OF CONWAY; MAYOR TAB TOWNSELL,
Individually and In His Official Capacity as Mayor
of Conway; CITY COUNCIL MEMBERS ANDY
HAWKINS; DAVID GRIMES; MARK VAUGHT;
SHELLY MEHL; JACK BELL; MARY SMITH;
THEODORE JONES, JR.; SHELIA WHITMORE,
Individually and In Their Official Capacity as City
Council Members for CONWAY; THE CONWAY
POLICE DEPARTMENT; POLICE CHIEF
A.J. GARY, Individually and In His Official Capacity
as Police Chief of the Conway Police Department;
JASON CAMERON, Individually and In His
Official Capacity as a Conway Police Officer; and
JOHN DOES #1 and #2                                                                        DEFENDANTS

## ORDER

Plaintiff's Motion to Dismiss Request For Temporary Restraining Order and Preliminary Injunction [Doc. No. 11] is granted and the hearing scheduled for February 4, 2009, at 1:30 before Judge Brian S. Miller is cancelled.

IT IS SO ORDERED this 3rd day of February, 2009.

_____
UNITED STATES DISTRICT JUDGE