**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JOHN BEVANS                                                                                          PLAINTIFF

V.                            CASE NO. 4:09CV0016 BSM

CITY OF CONWAY; MAYOR TAB TOWNSELL,
Individually and In His Official Capacity as Mayor
of Conway; CITY COUNCIL MEMBERS ANDY
HAWKINS; DAVID GRIMES; MARK VAUGHT;
SHELLY MEHL; JACK BELL; MARY SMITH;
THEODORE JONES, JR.; SHELIA WHITMORE,
Individually and In Their Official Capacity as City
Council Members for CONWAY; THE CONWAY
POLICE DEPARTMENT; POLICE CHIEF
A.J. GARY, Individually and In His Official Capacity
as Police Chief of the Conway Police Department;
JASON CAMERON, Individually and In His
Official Capacity as a Conway Police Officer; and
JOHN DOES #1 and #2                                                                                DEFENDANTS

**ORDER**

Plaintiff and separate defendant, City of Conway, Arkansas, move the court to dismiss the Conway Police Department from this case; however, plaintiff seeks to dismiss the police department without prejudice [Doc. No. 16], while the city seeks to dismiss the police department with prejudice [Doc. No. 8]. The motions are well taken and, out of caution, the court dismisses the Conway Police Department, without prejudice.

IT IS SO ORDERED this 18th day of February, 2009.

_____
UNITED STATES DISTRICT JUDGE