UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JON BEVANS                                                                                        PLAINTIFF

v.                                         CASE NO. 4:09cv00016

CITY OF CONWAY; MAYOR TAB TOWNSELL;
Individually and in his Official Capacity as Mayor
of Conway; CITY COUNCIL MEMBERS ANDY
HAWKINS, DAVID GRIMES, MARK VAUGHT,
SHELLEY MEHL, JACK BELL, MARY SMITH,
THEODORE JONES, JR. and SHEILA WHITMORE,
Individually and in their Official Capacities as City
Council Members for the City of Conway; THE
CONWAY POLICE DEPARTMENT; POLICE CHIEF
A.J. GARY, Individually and in his Official Capacity as
Police Chief of the Conway Police Department;
JASON CAMERON, Individually and in his Official
Capacity as a Conway Police Officer; and JOHN DOES
#1 AND #2                                                                                       DEFENDANTS

## ORDER

Plaintiff's counsel, Morgan Welch ("Welch"), moves to withdraw as counsel of record for plaintiff Jon Bevans ("Bevans"). [Doc. No. 28]. Welch states that Bevans has failed to maintain contact with him and has failed to answer discovery in a timely manner. This has substantially impaired Welch's ability to properly represent Bevans.

The motion will be held in abeyance for thirty (30) days during which Bevans is directed to either obtain new counsel, or state his intention to proceed *pro se* and provide the court with his contact information. Welch is directed to provide Bevans with a copy of this order, explain its requirements, and assist Bevans in responding.

Further, it appears from the motion that Lloyd W. Kitchens ("Kitchens") is no longer

representing Bevans. If that is the case, Kitchens is directed to formally move to withdraw.

IT IS THEREFORE ORDERED this 19th day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE