**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**JON BEVANS**                                                                      **PLAINTIFF**

**v.**                              **CASE NO. 4:09cv00016 BSM**

**CITY OF CONWAY; MAYOR TAB TOWNSELL;**
**Individually and in his Official Capacity as Mayor**
**of Conway; CITY COUNCIL MEMBERS ANDY**
**HAWKINS, DAVID GRIMES, MARK VAUGHT,**
**SHELLEY MEHL, JACK BELL, MARY SMITH,**
**THEODORE JONES, JR. and SHEILA WHITMORE,**
**Individually and in their Official Capacities as City**
**Council Members for the City of Conway; THE**
**CONWAY POLICE DEPARTMENT; POLICE CHIEF**
**A.J. GARY, Individually and in his Official Capacity as**
**Police Chief of the Conway Police Department;**
**JASON CAMERON, Individually and in his Official**
**Capacity as a Conway Police Officer; and JOHN DOES**
**#1 AND #2**                                                                      **DEFENDANTS**

**JUDGMENT**

Pursuant to the order of this date granting defendants' motion to dismiss, plaintiff's

complaint must be dismissed with prejudice.

IT IS THEREFORE ORDERED that JUDGMENT be entered in favor of defendants

and against plaintiff.

IT IS FURTHER ORDERED that the complaint be dismissed with prejudice.

IT IS SO ORDERED this 5th day of March, 2010.


                                        _____
                                        UNITED STATES DISTRICT JUDGE